IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-198-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KEITH MASON, | ) | |
| | ) | |
| Defendant. | ) | |

The United States MUST respond to defendant's motion for a sentence reduction [D.E. 192] not later than March 2, 2026.

SO ORDERED. This 10 day of February, 2026.

JAMES C. DEVER III
United States District Judge